**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00459-RPM-KMT

DUSTIN KEEFE,

    Plaintiff,

v.

ALTERNATIVE REVENUE SYSTEMS, INC., a corporation,

    Defendant.

_____

**JUDGMENT PURSUANT TO FED. R. CIV. P. 68**
_____

Pursuant to the Offer of Judgment, served by the defendant on July 23, 2013, and filed with this court August 2, 2013 [16-1, and the Notice of Acceptance of the Offer [16], filed August 2, 2013, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the plaintiff Dustin Keefe and against Alternative Revenue Systems, Inc., for $502.00 dollars in actual damages and $1,000.00 dollars in statutory damages, for a total amount of $1,502.00 dollars; and Plaintiff's costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3), in such amounts as the Court determines; pre- and post-judgment interest as may be allowed under the law; and such other and further relief as the Court deems just and proper. Accordingly, it is

FURTHER ORDERED that costs should be taxed in favor of the plaintiff Dustin Keefe as prescribed under Fed. R. Civ. P. 54(d)(1) and under Local Rule 54.1; and that any claim for attorney's fees shall be initiated, marshaled, and determined under applicable law, including Local Rule 54.3, or as reached by agreement of the parties. It is

FURTHER ORDERED that post judgment interest shall accrue at the legal rate of 0.11% from the date of entry of this judgment.

DATED at Denver, Colorado this  5th  day of August, 2013.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> By: s/ Edward P. Butler
> Edward P. Butler, Deputy Clerk