IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00459-RPM-KMT

DUSTIN KEEFE,

    Plaintiff,

v.

ALTERNATIVE REVENUE SYSTEMS, INC., a corporation,
_____

**ORDER VACATING JUDGMENT AND DISMISSING CASE WITH PREJUDICE**
_____

    PURSUANT TO STIPULATION, IT IS SO ORDERED that the judgment entered herein on August 5, 2013, in favor of Plaintiff DUSTIN KEEFE against Defendant ALTERNATIVE REVENUE SYSTEMS, INC., a corporation, is VACATED, and this case is dismissed, with prejudice. Plaintiff DUSTIN KEEFE and Defendant ALTERNATIVE REVENUE SYSTEMS, INC., a corporation, shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 21st, 2013

s/Richard P. Matsch
_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO